**United States District Court**
For the Northern District of California

1    ** E-filed April 20, 2011 **

2

3

4

5

6

7                                NOT FOR CITATION

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11   GUSTAVO ALONSO MOO,                    No. C10-04557 HRL

12          Plaintiff,                      **ORDER SETTING SHOW CAUSE
        v.                                  HEARING**
13
     ASHWANI DHAWAN,
14
            Defendant.
15   _____/

16          This is a wage-and-hour dispute. Defendant has been served but has not yet appeared in this

17   action, and neither party appeared at the Initial Case Management Conference held on February 22,

18   2011. See Docket Nos. 5-7. Plaintiff's attorney subsequently filed an affidavit that explained his

19   absence and stated that the parties were near settlement. Docket No. 8. Accordingly, Plaintiff is

20   ORDERED to appear on **May 3, 2011 at 10:00 a.m.** in Courtroom 2, Fifth Floor, United States

21   District Court, 280 S. First Street, San Jose, California, 95113 and show cause why this case should

22   not be dismissed for failure to prosecute. If this case has settled and Plaintiff files a voluntary

23   dismissal pursuant to Fed. R. Civ. P. 41(a) by **April 26, 2011**, the Order to Show Cause hearing will

24   be automatically vacated.

25          **IT IS SO ORDERED.**

26   Dated: April 19, 2011

27                                          _____
                                            HOWARD R. LLOYD
28                                          UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1

**C10-04557 HRL Notice will be electronically mailed to:**

2   James Dal Bon              jdalbon@dalbonandwang.com
    Tomas Eduardo Margain      margainlaw@hotmail.com, jl.jdblaw@earthlink.net,
3                              vsoto.dbm@gmail.com

4   **Counsel are responsible for distributing copies of this document to co-counsel who have not
    registered for e-filing under the court's CM/ECF program.**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28